IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DARREN MCGEE,                          §
                                       §
            Plaintiff,                  §
                                       §
V.                                     §        No. 3:23-CV-2630-D-BN
                                       §
HILAND DAIRY FOODS CO.                  §
LLC and CORY SHIDLER,                   §
                                       §
            Defendants.                 §

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, the court dismisses with prejudice the claims against defendant Cory Shidler ("Shidler") and separately enters a Fed. R. Civ. P. 54(b) final judgment as to Shidler.

The court previously granted plaintiff Darren McGee ("McGee") permission under the provisions of 28 U.S.C. § 1915 to proceed *in forma pauperis* in this court until judgment is entered. *See* ECF No. 6. Under 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3), the court directs the clerk of court to issue summons and the United States Marshal to serve process based on the information provided by plaintiff McGee and as follows:

**Hiland Dairy Foods Co LLC**
c/o Corporation Service Company d/b/a CSC – Lawyers Incorporating
Service Company
211 E. 7th St., Suite 620
Austin, Texas 78701-3218

The clerk is directed to mail a courtesy copy of this order to:

**Hiland Dairy Foods Co LLC**
c/o Ashli Linarez, HR Representative
5327 Botham Jean Blvd.
Dallas, Texas 75215

After this order is docketed, the clerk is directed to terminate the standing

screening referral.

**SO ORDERED**.

December 28, 2023.

SIDNEY A. FITZWATER
SENIOR JUDGE

- 2 -